Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VERONICA JONES,<br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>Defendant. | 3:15-CV-00539-JE<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $11,839.50 pursuant to 42 U.S.C. § 406(b). The attorney fee of 6,682.16 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this _____15th_____ day of ___June_____, 2017.


 /s/ John Jelderks_____
John Jelderks
United States Magistrate Judge